# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DOAK, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CAPITAL ONE, N.A.; and DOES 1-10, inclusive, <br><br> Defendant. | Case No. 5:18-cv-07102-EJD <br><br> ~~PROPOSED~~ **ORDER GRANTING JOINT STIPULATION TO DISMISS ENTIRE ACTION** |

IT IS HEREBY ORDERED that pursuant to the Joint Stipulation to Dismiss Entire Action, this matter is dismissed in its entirety with prejudice as to Plaintiff's individual claims and without prejudice as to the putative Class. Each party shall bear their own costs and attorneys' fees.

Dated this 12/4/2019

_____
Honorable Judge of the District Court